AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 4:15mj517-3,4,5 |
| | ) | | |
| JERRIUS JAMALL WILLIAMS | ) | | |
| PAUL MCCOY | ) | | |
| ANDRA LARUE COLEMAN | ) | | |
| *Defendant* | | | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled before the magistrate judge as follows:

| Place: | Judge Nancy K. Johnson<br>515 Rusk<br>Houston, TX 77002 | Courtroom No.: | 700 |
|---|---|---|---|
| | | Date and Time: | 04.29.15 AT 10AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   04.27.15

_____
Nancy K. Johnson
United States Magistrate Judge