**COURTROOM MINUTES:**                Clerk, U.S. District Court
**The Honorable Nancy K. Johnson Presiding**     Southern District of Texas
Deputy Clerk: Shannon Jones                    Filed 4-29-15
Interpreter Present? ☐ Yes ☑ No    ERO: G LYONS
USPT/USPO: _____    TIME: 10:20–11:16AM
☐ OTHER DISTRICT: _____    ☐ DIVISION    THEIR CASE# _____

**PROCEEDING HELD:**
☐ Initial Appearance    ☐ Counsel Determination Hearing    ☐ _____
☑ Bond Hearing    ☐ Identity    ☐ Hearing Continued on _____
☑ Detention Hearing    ☑ Preliminary Hearing    ☐ Other

CASE NUMBER   ☐ CR _____    ☑ MJ 4:15MJ517

DEFT:                             AUSA: Heather Winter
ALONZO FLOWERS-1                  Lindsay Bellinger
KYE RUE-2                           Thomas Moran
TERRIUS JAMAL WILLIAM-3
PAUL MCCOY-4                        David Adler
     ANDRA LARUE COLEMAN → LANCE HAMM

☐ Date of arrest _____    ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☐ Complaint
                                    Violation of ☐ Supervised Release ☐ Probation
☑ Defendant ☐ Material Witness appeared    ☑ with 1,2,4,5    ☐ without counsel 3
☐ Defendant requests appointed counsel.    ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender    ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.    ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel.

☑ Defendant #2 $50,000 bond set   ☐ Cash ☐ Surety ☐ P/R ☑ Unsecured ☐ $1,000 Deposit
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☑ Surety signatures required as to Defendant(s) Mother & Stepfather
☑ Defendant(s) _____ advised of conditions of release
☑ BOND EXECUTED and Defendant Not _____ Released
☑ Order of Temporary Detention Pending Hearing entered as to Defendant(s) 1,3,4,5
☐ Order of Detention Pending Trial entered as to Defendant(s) _____
☐ Bond revoked    ☐ Bond reinstated    ☐ Bond Continued
☑ Defendant _____ remanded to custody 1,2,3,4   ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

ORAL MOTION TO RESET GRANTED

Defendant _____ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☑ Court finds: ☑ Probable Cause ☐ Identity
      #2
☑ Defendant(s) _____ is/are scheduled on: 5/1/15 at 9AM for JOHNSON
1,3,4,5    ☐ ...aignment    ☐ Counsel Determination Hearing ☐ Identity Hearing cont.
       ☑ Detention Hearing    ☑ Preliminary Hearing    ☐ Final Revocation Hearing
       ☐ Bond Hearing

RESET 5/1/15 @ 9AM. DEFT #2 WILL NOT BE RELEASED UNTIL DEPOSIT IS MADE & CO-SIGNERS SIGN THE BOND