CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
5.4.15 *bpw*
BY DEPUT.....                    , CLERK

## COURTROOM MINUTES:
The Honorable Frances H. Stacy, Presiding
Deputy Clerk: Beverly White
Interpreter _None_ ERO _P. Crawford_          10:52 - 11:14
USPT/USPO _Yes_                                OPEN _10:33_ ADJOURN _10:50_
☐ OTHER DISTRICT   ☐ DIVISION          THEIR CASE#

PROCEEDING HELD:
☑ Initial Appearance       ☐ Counsel Determination Hearing      ☐ Status Hearing
☐ Bond Hearing             ☐ Identity                           ☐ Hearing Continued on_____
☑ Detention Hearing        ☑ Preliminary Hearing                ☐ Other_____

CASE NUMBER   CR H- _15.517 M -3_

USA VS.                                AUSA _Heather Winter_
_Jemius Williams_                      _Charles Medlin_
_____              _____
_____              _____

☐ Date of arrest_____          ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment /Complaint ☐ Information ☐ Superceding
                                        Violation of   ☐ Supervised Release  ☐ PTS

☑ Defendant ☐ Material Witness appeared      ☑ with ☐ without counsel

☐ Defendant requests appointed counsel.           ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender        ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel. _____

☐ Defendant_____bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Defendant_____bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Defendant_____bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Surety signatures required as to Defendant(s)_____
☐ Defendant(s)_____ advised of conditions of release
☐ BOND EXECUTED and Defendant _____Released
☐ No bond set at this time. 10 day Detention Order entered, as to Defendant(s)_____
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s)_____
☑ Order of Detention Pending Trial entered as to Defendant(s)_____.
☐ Bond revoked          ☐ Bond reinstated     ☐ Bond Continued
☑ Defendant _____remanded to custody    ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant_____ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☑ Court finds: ☑ Probable Cause      ☐ Identity

☐ Defendant(s)_____ is/are scheduled on_____at_____for:
     ☐ Arraignment           ☐ Counsel Determination Hearing    ☐ Identity Hearing
     ☐ Detention Hearing     ☐ Preliminary Hearing              ☐ Final Revocation Hearing

_____
_____
_____
_____