IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. H-15-266-1,2& 4 |
| | § | |
| Alonzo Flowers | § | |
| Jerrieus Williams | § | |
| Kye Rue | § | |

## SCHEDULING ORDER

1. June 29, 2015 — All motions will be filed no later than this date. **All motions except motions to suppress evidence and motions to dismiss will contain an averment that the movant has conferred with the respondent and that counsel cannot agree about the disposition of the motion.**

2. July 13, 2015 — Responses to motions will be filed no later than this date.

3. July 21, 2015
   9:00 A.M. — Pretrial Conference before Judge Lee H. Rosenthal, United States Courthouse, 515 Rusk Avenue, 11th Floor, Courtroom 11B, Houston, Texas.

4. July 23, 2015
   9:00 A.M. — This case is set for jury selection and trial on this date and time. Not later than one business day before this date each counsel will file and deliver to the Court's chambers, a proposed charge to the jury, an exhibit list, copies of all documents and photographs to be offered as exhibits, and a witness list.

5. _____   Estimated time of trial?

Direct questions regarding this schedule to Lisa Eddins, Case Manager, U. S. District Clerk's Office, P. O. Box 61010, Houston, Texas 77208; (713) 250-5517.

SIGNED on June 3, 2015, at Houston, Texas.

United States Magistrate Judge