IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. H-15-266 |
| | § |
| | § **COMPLEX CASE** |
| ALONZO FLOWERS, *et al.* | § |

**O R D E R**

The government filed a motion for continuance and motion to have the case designated as complex (Docket Entry No.116). The court granted the motion to designate complex by separate order. The court finds that the interests of justice are served by granting the continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Suppression Hearing to be held on: | **December 1, 2015, at 9:00 a.m.** |
| Motions are to be filed by: | January 4, 2016 |
| Responses are to be filed by: | January 19, 2016 |
| Pretrial conference is reset to**:** | **January 25, 2016 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **February 1, 2016 at 9:00 a.m.** |

SIGNED on September 15, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge